FILED

2008 JAN 31 PM 4:02

RICHARD W. WICKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MADRID, et. al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>JAMES E. TILTON, et. al., Director, California Department of Corrections, et. al.,<br><br>        Defendants. | NO. C90-3094 TEH<br><br>CLASS ACTION<br><br>ORDER SEALING DOCUMENTS FILED BY SPECIAL MASTER |

    It has come to the Court's attention that certain documents filed by the Special Master in this action inadvertently disclosed confidential information in violation of Local Civil Rule 3-17(a)(1). Accordingly, the Court hereby ORDERS the Clerk of the Court to place the following documents under seal pursuant to Local Rule 79-5:

    ORDER Signed by Judge Thelton E. Henderson on 1/24/2008 APPROVING Court Appointed Expert Fees for December 1-31, 2007 (Michael J. Gennaco), Docket No. 2119, filed January 24, 2008.

    The Special Master is hereby ORDERED to refile a redacted version of the document listed above, identical but for the word "REDACTED" in the place of confidential information protected by Local Rule 3-17(a)(1), under the title "REDACTED Request for Court Expert Fees for December 1-31, 2007, Michael J. Gennaco," with a

//

-1-

copy of this Order attached, no later than February 7, 2008.

**IT IS SO ORDERED.**

Dated: 1/31/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MADRID, et al.,

        Plaintiff,

v.

DEPT OF CORRECTIONS, et al.,

        Defendant.
_____/

Case Number: CV90-03094 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald H. Specter
Prison Law Office
General Delivery
San Quentin, CA 94964

John Hagar
Judge's Reading Room
450 Golden Gate Ave
18th Floor
Law Library
San Francisco, CA 94102

Michael W. Jorgenson
Deputy Attorney General
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102-7004

Steven Fama
Prison Law Office
General Delivery
San Quentin, CA 94964

Dated: January 31, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk