IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MADRID, et. al., | No. C 90-3094 TEH |
| Plaintiffs, | **CLASS ACTION** |
| v. | **ORDER** |
| JAMES E. TILTON, Director, California Department of Corrections, et al., | |
| Defendants. | |

The Court has been informed that the funds deposited by defendants to cover the expenses of the Special Master and retained experts and staff have almost been depleted. The current balance will not permit completion of the remedial and monitoring process required by this Court's January 10, 1995 decision. Accordingly, and good cause appearing, it is HEREBY ORDERED that defendants shall, within 21 days of the date of this Order, deposit an additional $150,000 into the Court account established by this Court's January 10, 1995 decision.

**IT IS SO ORDERED.**

Dated: April 18, 2008

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE