IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO MADRID, et. al.,

        Plaintiffs,

  v.

JAMES E. TILTON, Director, California Department of Corrections, et al.,

        Defendants.

No. C 90-3094 TEH

**<u>CLASS ACTION</u>**

**ORDER**

The Court has been informed that the funds deposited by defendants to cover the expenses of the Special Master and retained experts and staff have almost been depleted. The current balance will not permit completion of the remedial and monitoring process required by this Court's January 10, 1995 decision. Accordingly, and good cause appearing, it is HEREBY ORDERED that defendants shall, within 21 days of the date of this Order, deposit an additional $150,000 into the Court account established by this Court's January 10, 1995 decision.

**IT IS SO ORDERED.**

Dated: April 18, 2008

                                          THELTON E. HENDERSON
                                          UNITED STATES DISTRICT JUDGE