**FILED**
APR 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MADRID, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES TILTON, et al., <br><br> Defendants. | No. C 90-3094 TEH <br><br> STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES FOR FIRST QUARTER OF 2008. |

The parties, through their respective counsel, hereby stipulate as follows:

On September 21, 1995, this Court established a procedure by which plaintiffs are to collect attorneys' fees for work performed in connection with monitoring and enforcing compliance with the Court's orders. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants 30 days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to

defendant's objections. The Order also states that defendants shall have forty-five days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-first day following defendants' receipt of plaintiffs' statement, accruing at the rate provided by 28 U.S.C. § 1961. Pursuant to this procedure, plaintiffs' counsel sent their first quarter 2008 billing statement demanding **$10,477.95** on defendants on April 16, 2008. After a meet and confer, defendants do not object to payment of **$10,477.95** in fees and costs for the period from January 1, 2008 through March 31, 2008. This agreement is in accord with the Joint Stipulation Regarding Payment of Fees dated October 2, 2000.

WHEREFORE, the following sums are due and collectable within 45 days of the signing of this Order:

| Accruing | Amount | Interest Rate | Daily Interest | Date Interest Begins |
|---|---|---|---|---|
| 1st Qtr.2008 | **$10,477.95** | 1.63% | $0.46 | June 2, 2008 |

(Interest rate equals the weekly average 1 year constant maturity treasury yield ending April 11, 2008.)

IT IS SO ORDERED.
Dated: 4/30/08

THELTON E. HENDERSON
Judge
U.S. District Court

APPROVED AS TO FORM.
Dated: _____

MICHAEL JORGENSON
ATTORNEY FOR DEFENDANTS

Dated: _____

DONALD SPECTER
ATTORNEY FOR PLAINTIFFS