1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  MICHAEL JORGENSON, State Bar No. 201145
   Supervising Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7  Telephone:  (415) 703-5629
   Fax:  (415) 703-5843
8  Email:  Michael.Jorgenson@doj.ca.gov

9  Attorneys for Defendants Tilton, Horel, and McLean

STEVEN FAMA, State Bar No. 99641
Prison Law Office
General Delivery
  San Quentin, CA 94964-0001
  Telephone: (415) 457-9144
  Fax: (415) 457-9151
  Email:  sfama@prisonlaw.com
Attorneys for Plaintiffs

10

11

12

13

14  IN THE UNITED STATES DISTRICT COURT

15  FOR THE NORTHERN DISTRICT OF CALIFORNIA

16  SAN FRANCISCO DIVISION

17  **ALEJANDRO MADRID, et al.,**                          C 90-3094 TEH

18                                          Plaintiff,    **STIPULATION AND
                                                          [PROPOSED] ORDER RE
19           v.                                           STATEWIDE USE OF FORCE
                                                          POLICY**
20  **JAMES TILTON, et al.,**

21                                          Defendants.

22

23        The parties stipulate to the implementation of the attached document (Department

24  Operations Manual Chapter 5, Article 1, Use of Force) as the statewide use-of-force policy for

25  the California Department of Corrections and Rehabilitation's (CDCR) Division of Adult

26  institutions.  The parties further stipulate and request that the Court order that the attached

27  document be implemented to govern the Division of Adult Institution's procedures pertaining to

28

the use-of-force, as set forth in Cal. Code Regs., tit. 15, § 3268[1/] and replace the current use-of-force policy at Pelican Bay State Prison (Pelican Bay).

In support of this stipulation, the parties briefly report to the Court the processes that resulted in the creation of the attached statewide use-of-force policy.

## PROCEDURAL HISTORY

On July 12, 2000, this Court ceased monitoring Defendants' use-of-force policies following a report and recommendation by the Special Master. In that Order the Court determined that the proposed use-of-force policy revisions did not conflict with the Court's orders, adequately addressed the operational problems associated with earlier remedial plans, and adequately addressed any constitutional issues related to use-of-force regarding Pelican Bay State Prison's use-of-force policy.

Counsel for CDCR forwarded to Special Master John Hagar a proposed statewide use-of-force policy on December 17, 2007. On January 10, 2008, the Special Master asked the parties to meet with Court Experts Michael Gennaco and Dr. Pat Maher to ensure that any statewide use-of-force policy would be consistent with the current use-of-force policy at Pelican Bay, which was part of the Court-Ordered remedial plan. The mission was to achieve uniformity throughout the state prison system while maintaining the features of the current Pelican Bay policy that adequately address constitutional issues related to use-of-force.

The parties and other interested stakeholders began meeting in earnest to achieve these goals on January 25, 2008. That meeting was chaired by Court Experts Michael Gennaco, Stephen Connolly, and Dr. Pat Maher, and attendees included counsel for the parties, representatives of the CDCR, the CDCR's Office of Internal Affairs, the Governor's Office and the Office of Inspector General's Bureau of Independent Review. At the first meeting, the parties identified differences between the draft statewide policy and the current Pelican Bay use-of-force policies. The parties assessed these differences in terms of their significance, their practical implications,

---

1. The parties recognize that Section 52100.17.6, Health Care Staff Use of Force-Reporting Requirements, contains a provision in the last paragraph that will require approval of the Receiver and Court in the *Plata* litigation and await any further instruction regarding the appropriate mechanism for achieving that approval process.

1 and possible approaches for their reconciliation.

2     The parties then worked extensively to achieve a mutually acceptable statewide use-of-force

3 plan. Along with considerable work by individual subcommittees and regular correspondence

4 between the parties, subsequent meetings were held on February 4 and 20, 2008. At the February

5 20, 2008 meeting, representatives from Pelican Bay attended and offered their insight and

6 comments regarding the development of the statewide policy through their specific practical

7 experiences at Pelican Bay. During both of those meetings, the parties and interested

8 stakeholders made progress toward consensus.

9     On March 3, 2008, a conference call was held among the parties and stakeholders, and all

10 remaining issues regarding the statewide use-of-force policy were resolved. The Court experts

11 then reviewed the final policy and concurred that the final statewide use-of-force policy met

12 constitutional standards. The Court experts further concluded that the statewide policy achieves

13 the goal of uniformity, while preserving Pelican Bay concepts and applying them statewide.

14 **CONCLUSION**

15     The working group developed a use-of-force policy for all adult institutions statewide as

16 provided in the attached document. The parties stipulate that the attached statewide use-of-force

17 policy adequately addresses constitutional issues related to use-of-force and that it shall upon

18 formal adoption and implementation by Defendants replace the *Madrid* use-of-force policy at

19 //

20 //

21

22

23

24

25

26

27

28

Pelican Bay. Defendants shall file and serve a written notice of adoption and implementation of the attached statewide use-of-force policy within ten (10) calendar days of the date of that action.

Dated: _May 12, 2008_

Michael Jorgenson
Attorney for Defendants Tilton, Horel, and McLean

Dated: _May 8, 2008_

Steve Fama
Attorney for Plaintiffs

IT IS SO ORDERED.

Dated: _05/13/08_

Thelton E. Henderson
U.S. District Judge

Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA