WILSON, SONSINI, GOODRICH & ROSATI
DAVID S. STEUER - 127059
650 Page Mill Road
Palo Alto, CA 94303-1050
Telephone (650) 493-9300

PRISON LAW OFFICE
DONALD SPECTER - 083925
STEVEN FAMA - 99641
1917 Fifth Street
Berkeley, CA 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEJANDRO MADRID, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW CATE, et al., <br><br> Defendants. | No. C-90-3094 T.E.H. <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OBJECTIONS TO SPECIAL MASTER'S REPORT RE CESSATION OF FORCE RELATED REMEDIAL PLAN MONITORING AND RECOMMENDATION RE TERMINATION OF FORCE RELATED ORDERS** |

On October 16, 2008, the Special Master filed his Report Re Cessation Of Force Related Remedial Plan Monitoring; Recommendations Re Termination Of Force Related Orders. Pursuant to the Court's Order of Reference, any objections by the parties to this report are due on October 30, 2008.

Stip and [Proposed] Order
Extending Time for Objections
*Madrid v. Tilton,* C-90-3094 T.E.H.

1

Plaintiffs' counsel requested an additional week to prepare and file objections. After meeting and conferring, Defendants' counsel have agreed to extend the deadline. The parties hereby stipulate to extend the time to file objections, if any, to the Special Master's Report Re Cessation Of Force Related Remedial Plan Monitoring; Recommendations Re Termination Of Force Related Orders, filed on October 16, 2008, to November 6, 2008. Any such objections shall be filed, including by electronic filing, before or on that date.

Dated: October 29, 2008

*/s/ Steven Fama*

Steven Fama
Attorneys for Plaintiffs

Dated: October 29, 2008

/s/ Mike Jorgenson

Mike Jorgenson
Deputy Attorney General
Attorney for Defendants

(approved October 29, 2008)

IT IS SO ORDERED.

Dated: 10/29/08
_____

THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE

Stip and [Proposed] Order
Extending Time for Objections
*Madrid v. Tilton,* C-90-3094 T.E.H.

2