WILSON, SONSINI, GOODRICH & ROSATI
DAVID S. STEUER - 127059
650 Page Mill Road
Palo Alto, CA 94303-1050
Telephone (650) 493-9300

PRISON LAW OFFICE
DONALD SPECTER - 083925
STEVEN FAMA - 99641
1917 Fifth Street
Berkeley, CA  94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEJANDRO MADRID, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW CATE, et al., <br><br> Defendants. | No. C-90-3094 T.E.H. <br><br> **STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO FILE OBJECTIONS TO SPECIAL MASTER'S REPORT RE CESSATION OF FORCE RELATED REMEDIAL PLAN MONITORING AND RECOMMENDATION RE TERMINATION OF FORCE RELATED ORDERS** |

On October 16, 2008, the Special Master filed his Report Re Cessation Of Force Related Remedial Plan Monitoring; Recommendations Re Termination Of Force Related Orders.  Pursuant to the Court's Order of Reference, any objections by the parties to this report are due on October 30, 2008.

Stip and [Proposed] Order
Extending Time for Objections
*Madrid v. Tilton,* C-90-3094 T.E.H.

1

1  Plaintiffs' counsel requested an additional week to prepare and file objections.
2  After meeting and conferring, Defendants' counsel have agreed to extend the deadline.
3  The parties hereby stipulate to extend the time to file objections, if any, to the Special
4  Master's Report Re Cessation Of Force Related Remedial Plan Monitoring;
5  Recommendations Re Termination Of Force Related Orders, filed on October 16, 2008,
6  to November 6, 2008.  Any such objections shall be filed, including by electronic filing,
7  before or on that date.

9  Dated: October 29, 2008
10  /s/ Steven Fama
11  Steven Fama
    Attorneys for Plaintiffs

13  Dated:  October 29, 2008
14  /s/ Mike Jorgenson
15
16  Mike Jorgenson
    Deputy Attorney General
    Attorney for Defendants
17
    (approved October 29, 2008)
18

19  IT IS SO ORDERED.
20
                    10/29/08
21  Dated:_____

23  _____
24  THE HONORABLE THELTON E. HENDERSON
    UNITED STATES DISTRICT COURT JUDGE