# JOHN HAGAR - SPECIAL MASTER
# Madrid v. Cate, C-90-3094 T.E.H.



September 23, 2009

SHELLEY CAVALIERI
JUDGE THELTON HENDERSON
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Shelley

    Enclosed are the <u>Madrid</u> billings for the Special Master and the Court's experts for July 2009 in order to maintain a control on these expenses, I have summarized them below:

    John Hagar – None

    Jeffrey Metzner – None

    Joe Goldenson – None

    Barbara Cotton – None

    Michael H. Gendel – None

    Patrick T. Maher - None

    Jan Wyatt – None

    Dr. Jackie Maher – None

    Michael Gennaco and OIR Staff Attorneys

        Michael Gennaco - $3136.45

        Julie Ruhlin - None

        Benjamin Jones, Jr. – None

       Stephen J. Connolly – None

       Robert Miller – None

       Illana B. R. Rosenqweig - None

Dr. Terry Hill – None

Dr. Justin Graham – None

Dr. J. David Woods – None




                Sincerely,

                *[signature: John Hagar by Knott]*

                John Hagar


cc: Michael Jorgenson

Michael J. Gennaco

June 1 – July 31, 2009

Social Security No. 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

MADRID V. TILTON: Court Appointed Expert Fees
No. C90-3094-TEH

| Date | Activity | Units | Amount |
|---|---|---|---|
| 7-31 | Code of Silence Training/ Meet w/ BIR re Warden Complaint | 12.5 | $2500.00 |
| | Round Trip Airfare | | $ 307.20 |
| | Rental Car | | $ 102.99 |
| | Gasoline | | $ 12.26 |
| | Hotel | | $ 150.00 |
| | Hotel Parking | | $ 17.00 |
| | Airport Parking | | $ 47.00 |
| | **Total Hourly Fees** | 12.5 @ $200/hr. | **$2500.00** |
| | **Total Expenses** | | **$ 636.45** |

### TOTAL FEES/EXPENSES           $3136.45

I, Michael J. Gennaco, hereby certify that I have personally checked the hours, fee amounts, and expenses in every category and it is accurate in every respect.

Dated: August 10, 2009    Signed: _Michael J. Gennaco_

**APPROVED:**

_Thelton E. Henderson_    9/29/09
United States District Judge