# JOHN HAGAR - SPECIAL MASTER
# Madrid v. Cate, C-90-3094 T.E.H.



FILED
NOV 6 2009
RICHARD W.
CLERK, U.S.
NORTHERN DIS
P.O. Box 4036, Suite R60-BW
Sacramento, CA 95812-4035 KING
OF CALIFORNIA

October 30, 2009

SHELLEY CAVALIERI
JUDGE THELTON HENDERSON
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Shelley:

Enclosed are the Madrid billings for the Special Master and the Court's experts for September 2009 in order to maintain a control on these expenses, I have summarized them below:

John Hagar – None

Jeffrey Metzner – None

Joe Goldenson – None

Barbara Cotton – None

Michael H. Gendel – None

Patrick T. Maher – $5867.46 (July 2008 – June 2009)

Jan Wyatt – None

Dr. Jackie Maher – None

Michael Gennaco and OIR Staff Attorneys

     Michael Gennaco - $600.00 (August 2009 – September 2009)

     Julie Ruhlin - None

     Benjamin Jones, Jr. – None

Stephen J. Connolly – None

Robert Miller – None

Illana B. R. Rosenqweig - None

Dr. Terry Hill – None

Dr. Justin Graham – None

Dr. J. David Woods – None

Sincerely,

John Hagar by wwt

John Hagar

cc: Michael Jorgenson

**JOHN HAGAR**
**Special Master, <u>Madrid v. Tilton</u>**
**c/o Judge Thelton Henderson**
**United States District Court**
**450 Golden Gate Avenue**
**San Francisco CA 94102**

October 11, 2009

<u>Madrid, et. al. v.Tilton, et. al., C90-3094-TEH</u>

Judge Thelton Henderson
United States District Court
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Henderson:

Enclosed is the bill for services rendered for Court-appointed expert Patrick T. Maher, for the
time period of July 1, 2008 through June 30, 2009 in the amount of $5,867.46. Please issue a
check in the amount of **$5,867.46** to:

> PODC, Inc.
> 5842 Crocus Circle
> La Palma CA 90623-2119
> FEIN: 95-3181272

I have reviewed the above bill and found it to be reasonable.

Sincerely,

*John Hagar by VMH*

John Hagar
Special Master

cc:     File\Billings\2009

**APPROVED:**

*11/6/09*

**Thelton E. Henderson**
**United States District Judge**

October 11, 2009

**RE: Professional Fees and Expenses for Patrick T. Maher, D. Crim.**

In Reference To:  Madrid et.al. v Tilton et.al. C90-3094-TEH
Invoice # 96-005- 10001

Professional services

|  | Hrs/Rate | Amount |
|---|---|---|
| 8/24/2008 Review Defs Comments to draft report | 1.75<br>125.00/hr | 218.75 |
| 10/18/2008 Review Defs Comments to SM final report | 2.50<br>125.00/hr | 312.50 |
| 1/15/2009 Administrative – preparing annual payroll reports | 2.50<br>125.00/hr | 312.50 |
| For professional services rendered<br>Additional charges: | 6.75 | $843.75 |
| 7/5/2008 Payroll for Legal Asst K. Hector  (Jun) |  | 765.00 |
| Payroll Taxes for Legal Asst Hector  ($765.00 @12%) |  | 91.80 |
| 8/4/2008 Payroll for K. Hector |  | 630.00 |
| Payroll for K. Hector |  | 765.00 |
| 8/11/2008 Federal Express Shipments for Special Master |  | 11.29 |
| 9/9/2008 Federal Express Shipments for Special Master |  | 53.56 |
| 10/22/2008 Federal Express Shipments for Special Master |  | 11.77 |
| 1/6/2009 Federal Express Shipments for Special Master |  | 11.24 |
| 2/22/2009 Payroll for K. Hector |  | 495.00 |
| 3/31/2009 Payroll for K. Hector |  | 495.00 |

| | Amount |
|---|---|
| 4/8/2009 Federal Express Shipments for Special Master | 16.45 |
| 4/26/2009 Payroll for K. Hector | 720.00 |
| 5/13/2009 Destroy Madrid Files —16th flr | 612.00 |
| 10/11/2009 Payroll Taxes for Legal Asst Hector  ($630.00 @12%) | 75.60 |
| Payroll Taxes for Legal Asst Hector  ($765 @12%) | 91.80 |
| 2/22/2010 Payroll Taxes for Legal Asst Hector  ($495 @12%) | 59.40 |
| 3/31/2010 Payroll Taxes for Legal Asst Hector  ($495 @12%) | 59.40 |
| 4/26/2010 Payroll Taxes for Legal Asst Hector  ($720 @12%) | 59.40 |
| | |
| Total costs | $5,023.71 |
| Total amount of this bill | $5,867.46 |
| | |
| Balance due | **$5,867.46** |

**JOHN HAGAR**
**Special Master, Madrid v. Tilton**
**c/o Judge Thelton Henderson**
**United States District Court**
**450 Golden Gate Avenue**
**San Francisco CA 94102**

I, Patrick T. Maher hereby certify that I have personally checked the hours, fee amounts, and expenses in every category and it is accurate in every respect.

Date: October 11, 2009          Signed: _Poorme_

Michael J. Gennaco

August 1 – September 30, 2009

Social Security No. 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

MADRID V. TILTON: Court Appointed Expert Fees
No. C90-3094-TEH

| Date | Activity | Units | Amount |
|------|----------|-------|--------|
| 9-17 | Prepare for Meet with IG | 1 | $ 200.00 |
| | Meet with IG Ofc. Re Prison Death | 2 | $ 400.00 |
| | **Total Hourly Fees** | **3** | **$ 600.00** |
| | **Total Expenses** | | **$ 600.00** |

### TOTAL FEES/EXPENSES                    $600.00

I, Michael J. Gennaco, hereby certify that I have personally checked the hours, fee amounts, and expenses in every category and it is accurate in every respect.

Dated: October 23, 2009   Signed: _____
                                             Michael J. Gennaco

**APPROVED:**

_____

**Thelton E. Henderson**
**United States District Judge**
11/6/09