# JOHN HAGAR - SPECIAL MASTER
# Madrid v. Cate, C-90-3094 T.E.H.



P.O. Box 4036 Suite 660
Sacramento, CA 95812-4036

October 30, 2009

SHELLEY CAVALIERI
JUDGE THELTON HENDERSON
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA  94102

Dear Shelley:

    Enclosed are the <u>Madrid</u> billings for the Special Master and the Court's experts for September 2009 in order to maintain a control on these expenses, I have summarized them below:

    John Hagar – None

    Jeffrey Metzner – None

    Joe Goldenson – None

    Barbara Cotton – None

    Michael H. Gendel – None

    Patrick T. Maher – $5867.46 (July 2008 – June 2009)

    Jan Wyatt – None

    Dr. Jackie Maher – None

    Michael Gennaco and OIR Staff Attorneys

        Michael Gennaco - $600.00 (August 2009 – September 2009)

        Julie Ruhlin - None

        Benjamin Jones, Jr. –  None

Stephen J. Connolly – None

Robert Miller – None

Illana B. R. Rosenqweig - None

Dr. Terry Hill – None

Dr. Justin Graham – None

Dr. J. David Woods – None


Sincerely,

*John Hagar by [initials]*

John Hagar


cc: Michael Jorgenson

JOHN HAGAR
Special Master, <u>Madrid v. Tilton</u>
c/o Judge Thelton Henderson
United States District Court
450 Golden Gate Avenue
San Francisco CA 94102

October 11, 2009

<u>Madrid, et. al. v.Tilton, et. al., C90-3094-TEH</u>

Judge Thelton Henderson
United States District Court
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Henderson:

Enclosed is the bill for services rendered for Court-appointed expert Patrick T. Maher, for the time period of July 1, 2008 through June 30, 2009 in the amount of $5,867.46. Please issue a check in the amount of **$5,867.46** to:

> PODC, Inc.
> 5842 Crocus Circle
> La Palma CA 90623-2119
> FEIN: 95-3181272

I have reviewed the above bill and found it to be reasonable.

Sincerely,

*John Hagar by KMH*

John Hagar
Special Master

cc:   File\Billings\2009

**APPROVED:**

*/s/ Thelton E. Henderson*
11/6/09

Thelton E. Henderson
United States District Judge

**OFFICE OF THE SPECIAL MASTER**
**c/o JUDGE THELTON HENDERSON**
U.S. DISTRICT COURT
450 Golden Gate-Law Library 18th Floor
San Francisco CA 94102

October 11, 2009

**RE: Professional Fees and Expenses for Patrick T. Maher, D. Crim.**

In Reference To:  Madrid et.al. v Tilton et.al. C90-3094-TEH
Invoice # 96-005-10001
Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 8/24/2008 | Review Defs Comments to draft report | 1.75<br>125.00/hr | 218.75 |
| 10/18/2008 | Review Defs Comments to SM final report | 2.50<br>125.00/hr | 312.50 |
| 1/15/2009 | Administrative – preparing annual payroll reports | 2.50<br>125.00/hr | 312.50 |
|  | For professional services rendered | 6.75 | $843.75 |
|  | Additional charges: |  |  |
| 7/5/2008 | Payroll for Legal Asst K. Hector  (Jun) |  | 765.00 |
|  | Payroll Taxes for Legal Asst Hector ($765.00 @12%) |  | 91.80 |
| 8/4/2008 | Payroll for K. Hector |  | 630.00 |
|  | Payroll for K. Hector |  | 765.00 |
| 8/11/2008 | Federal Express Shipments for Special Master |  | 11.29 |
| 9/9/2008 | Federal Express Shipments for Special Master |  | 53.56 |
| 10/22/2008 | Federal Express Shipments for Special Master |  | 11.77 |
| 1/6/2009 | Federal Express Shipments for Special Master |  | 11.24 |
| 2/22/2009 | Payroll for K. Hector |  | 495.00 |
| 3/31/2009 | Payroll for K. Hector |  | 495.00 |

John Hagar, Special Master                                                                                              Page    2

|  |  | Amount |
|---|---|---:|
| 4/8/2009 | Federal Express Shipments for Special Master | 16.45 |
| 4/26/2009 | Payroll for K. Hector | 720.00 |
| 5/13/2009 | Destroy Madrid Files —16th flr | 612.00 |
| 10/11/2009 | Payroll Taxes for Legal Asst Hector  ($630.00 @12%) | 75.60 |
|  | Payroll Taxes for Legal Asst Hector  ($765 @12%) | 91.80 |
| 2/22/2010 | Payroll Taxes for Legal Asst Hector  ($495 @12%) | 59.40 |
| 3/31/2010 | Payroll Taxes for Legal Asst Hector  ($495 @12%) | 59.40 |
| 4/26/2010 | Payroll Taxes for Legal Asst Hector  ($720 @12%) | 59.40 |

|  |  |
|---|---:|
| Total costs | $5,023.71 |
| Total amount of this bill | $5,867.46 |
| Balance due | **$5,867.46** |

**JOHN HAGAR**
Special Master, <u>Madrid v. Tilton</u>
c/o Judge Thelton Henderson
United States District Court
450 Golden Gate Avenue
San Francisco  CA  94102


I, <u>Patrick T. Maher</u> hereby certify that I have personally checked the hours, fee amounts, and expenses in every category and it is accurate in every respect.


Date: <u>October 11, 2009</u>             Signed: *[signature]*

Michael J. Gennaco

August 1 – September 30, 2009

Social Security No. 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

MADRID V. TILTON: Court Appointed Expert Fees
No. C90-3094-TEH

| Date | Activity | Units | Amount |
|---|---|---|---|
| 9-17 | Prepare for Meet with IG | 1 | $ 200.00 |
|  | Meet with IG Ofc. Re Prison Death | 2 | $ 400.00 |
|  | **Total Hourly Fees** | 3 | **$ 600.00** |
|  | **Total Expenses** |  | **$ 600.00** |

### TOTAL FEES/EXPENSES                                $600.00

I, Michael J. Gennaco, hereby certify that I have personally checked the hours, fee amounts, and expenses in every category and it is accurate in every respect.

Dated: October 23, 2009    Signed: _____
                                                Michael J. Gennaco

**APPROVED:**

_____
**Thelton E. Henderson**
**United States District Judge**
11/6/09