# JOHN HAGAR - SPECIAL MASTER
## Madrid v. Cate, C-90-3094 T.E.H.

P.O. Box 4038, Suite 660-215
Sacramento, CA 95812-4038

January 12, 2010

SHELLEY CAVALIERI
JUDGE THELTON HENDERSON
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102



Dear Shelley:

    Enclosed are the <u>Madrid</u> billings for the Special Master and the Court's experts for November 2009 in order to maintain a control on these expenses, I have summarized them below:

    John Hagar – None

    Jeffrey Metzner – None

    Joe Goldenson – None

    Barbara Cotton – None

    Michael H. Gendel – None

    Patrick T. Maher – None

    Jan Wyatt – None

    Dr. Jackie Maher – None

    Michael Gennaco and OIR Staff Attorneys

        Michael Gennaco - $3318.68 (October 2009 – November 2009)

        Julie Ruhlin - None

        Benjamin Jones, Jr. – None

        Stephen J. Connolly – None

        Robert Miller – None

        Illana B. R. Rosenqweig - None

Dr. Terry Hill – None

Dr. Justin Graham – None

Dr. J. David Woods – None


        Sincerely,

        *John Hagar* by KMH

        John Hagar


cc: Michael Jorgenson

Michael J. Gennaco

October 1 – November 30, 2009

MADRID V. TILTON: Court Appointed Expert Fees
No. C90-3094-TEH

| Date | Activity | Units | Amount |
|---|---|---|---|
| 10-26 | FED EX | | $ 24.78 |
| 11-18 | Prepare/Meet with IG | 3 | $ 600.00 |
| 11-19/20 | Code of Silence Training | 11 | $ 2200.00 |
| | Round Trip Airfare | | $ 317.20 |
| | Hotel | | $ 90.06 |
| | Rental Car | | $ 46.46 |
| | Gasoline | | $ 7.18 |
| | Airport Parking | | $ 33.00 |
| | **Total Hourly Fees** | 14 | $ 2800.00 |
| | **Total Expenses** | | $ 518.68 |

**TOTAL FEES/EXPENSES**               $3318.68

I, Michael J. Gennaco, hereby certify that I have personally checked the hours, fee amounts, and expenses in every category and it is accurate in every respect.

Dated: December 11, 2009     Signed: _Michael_
                                     Michael J. Gennaco

**APPROVED:**

_____  1/14/10
Thelton E. Henderson
United States District Judge