FILED
MAR 3 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MADRID, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>MATTHEW CATE, et al.,<br><br>            Defendants. | No. C 90-3094 TEH<br><br>STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES FOR FOURTH QUARTER OF 2009 |

The parties, through their respective counsel, hereby stipulate as follows:

On September 21, 1995, this Court established a procedure by which plaintiffs are to collect attorneys' fees for work performed in connection with monitoring and enforcing compliance with the Court's orders. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants 30 days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to

1  defendant's objections. The Order also states that
2  defendants shall have forty-five days from the entry of the
3  order to pay the undisputed fees and that interest on any
4  undisputed fees will run from the thirty-first day following
5  defendants' receipt of plaintiffs' statement, accruing at
6  the rate provided by 28 U.S.C. § 1961. Pursuant to this
7  procedure, plaintiffs' counsel sent their fourth quarter
8  2009 billing statement demanding **$1,973.60** on defendants on
9  February 8, 2010. After a meet and confer, defendants do
10 not object to payment of **$1,973.60** in fees and costs for the
11 period from October 1, 2009 through December 31, 2009. This
12 agreement is in accord with the Joint Stipulation Regarding
13 Payment of Fees dated October 2, 2000.
14     WHEREFORE, the following sums are due and collectable
15 within 45 days of the signing of this Order:

| Accruing | Amount | Rate | Interest Daily Interest | Date Interest Begins |
|---|---|---|---|---|
| 4th Qtr.2009 | **$1,973.60** | .31% | $0.001 | March 15, 2009 |

(Interest rate equals the weekly average 1 year constant maturity treasury yield ending January 28, 2010.

IT IS SO ORDERED.
Dated: 3/2/10

_____
THELTON E. HENDERSON
Judge
U.S. District Court

APPROVED AS TO FORM.
Dated: 2/22/10

_____
MICHAEL JORGENSON
ATTORNEY FOR DEFENDANTS

Dated: 2/8/10

_____
DONALD SPECTER
ATTORNEY FOR PLAINTIFFS

Madrid v. Cate, C 90-3094 TEH
4Q 2009 Fees                            2

## DECLARATION OF SERVICE BY MAIL

Case Name: Alejandro Madrid, et al.
v.
Matthew Cate, et al

No. C-90-3094 TEH

I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within entitled cause: my business address is Prison Law Office, 1917 Fifth Street, Berkeley, California 94710.

On February 24, 2010, I served the attached

***STIPULATION AND ORDER CONFIRMING ATTORNEYS'
FEES AND COSTS FOR FOURTH QUARTER OF 2009***

in said cause, placing, or causing to be placed, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Berkeley, California, addressed as follows:

Emily Brinkman, DAG
Deputy Attorney General
Office of the Attorney General
455 Golden Gate, Suite 11000
San Francisco, CA 94102-3664

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at Berkeley, California on February 24, 2010.

Edie DeGraff

MADRID
TIME AND EXPENSES
PRISON LAW OFFICE
10-01-09 thru 12-31-09

| MONITORING | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **ATTORNEYS** | | | |
| Steven Fama | 10.30 | 177.00 | 1,823.10 |
| **TOTAL MONITORING** | | | **$1,823.10** |
| **FEES ON FEES** | | | |
| Edie DeGraff | 0.90 | 160.00 | 144.00 |
| **TOTAL FEES ON FEES** | | | **$144.00** |
| **EXPENSES** | | | **$6.50** |
| **TOTAL TIME AND EXPENSES** | | | **$1,973.60** |

Prison Law Office
General Delivery
San Quentin, CA 94964


Madrid v. Davis
US District Court
Northern District


In Reference To:   No. C 90-3094 TEH


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Other** | | | | |
| 10/9/2009 | SF | review monthly force documents, received today, for month of September | 0.30 | |
| 10/12/2009 | SF | review BIR semi-annual report covering Jan through June 2009 | 3.50 | |
| 11/30/2009 | SF | review proposed CDCR rules re use of force and reporting/review threof, and compare to Pel Bay policies | 2.80 | |
| 12/1/2009 | SF | draft commnets to proposed CDCR use of force rules | 2.50 | |
| 12/11/2009 | SF | review use of force documents received in November | 0.40 | |
|  | SF | email to opp co requesting copy of use of force incident report | 0.10 | |
|  | SF | review us of force doucments produced in December (one very large packet involving lethal force) | 0.50 | |
|  | SF | email to opp co and Pel Bay requesting complete 602 and fact finder | 0.20 | |
|  |  | For professional services rendered | 10.30 | $1,823.10 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Steve Fama | 10.30 | 177.00 | $1,823.10 |

Prison Law Office
General Delivery
San Quentin, CA 94964


Madrid et al.,
US District Court
Northern District
Fees on Fees


In Reference To:   C 90-3094 TEH


Professional Services

|  |  | Hours | Amount |
|---|---|---:|---:|
| **Other** | | | |
| 10/20/2009 ED | Review and finalize time and expenses for 3Q billing | 0.90 | |
| | For professional services rendered | 0.90 | $144.00 |

User Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Edie DeGraff | 0.90 | 160.00 | $144.00 |

Prison Law Office
General Delivery
San Quentin, CA  94964


Madrid v. Davis
US District Court
Northern District


In Reference To:    No. C 90-3094 TEH


Additional Charges :

|  |  | Amount |
|---|---|---|
| **$general** | | |
| 12/31/2009 PLO Postage billing 10-1-09 thru 12-31-09 | | 2.10 |
| PLO Copy Machines billing | | 4.40 |
| Total costs | | $6.50 |