# JOHN HAGAR - SPECIAL MASTER
# Madrid v. Cate, C-90-3094 T.E.H.

P.O. Box 4038, Suite 660-215
Sacramento, CA 95812-4038

April 16, 2010

SHELLEY CAVALIERI
JUDGE THELTON HENDERSON
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Shelley:

Enclosed are the Madrid billings for the Special Master and the Court's experts for November 2009 – March 2010 in order to maintain a control on these expenses, I have summarized them below:

　　John Hagar – None

　　Jeffrey Metzner – None

　　Joe Goldenson – None

　　Barbara Cotton – None

　　Michael H. Gendel – None

　　Patrick T. Maher – None

　　Jan Wyatt – None

　　Dr. Jackie Maher – None

　　Michael Gennaco and OIR Staff Attorneys

　　　　Michael Gennaco - $3240.77 (November 2009 – February 2010)
　　　　　　　　　　$1526.66 (March 2010)

　　　　Julie Ruhlin - None

　　　　Benjamin Jones, Jr. – None

       Stephen J. Connolly – None

       Robert Miller – None

       Illana B. R. Rosenqweig - None

Dr. Terry Hill – None

Dr. Justin Graham – None

Dr. J. David Woods – None

       Sincerely,

       *John Hagar by KM*

       John Hagar

cc: Michael Jorgenson

Michael J. Gennaco

November 30, 2009 – February 28, 2010

Social Security No

MADRID V. TILTON: Court Appointed Expert Fees
No. C90-3094-TEH

| Date | Activity | Units | Amount |
|---|---|---|---|
| 11-30 | Postage: Return Materials to OIA | | $ 16.37 |
| 12-11 | FED EX | | $ 25.01 |
| 2-26/27 | Code of Silence Training/ Meet with Stakeholders re Cal 28 | 13 | $2600.00 |
| | Round Trip Airfare | | $ 317.40 |
| | Hotel | | $ 150.00 |
| | Hotel Parking | | $ 25.00 |
| | Rental Car | | $ 47.09 |
| | Gasoline | | $ 4.90 |
| | CDCR Parking | | $ 8.00 |
| | Airport Parking | | $ 47.00 |
| | **Total Hourly Fees** | 13 | **$ 2600.00** |
| | **Total Expenses** | | **$ 640.77** |

**TOTAL FEES/EXPENSES**                                $ 3240.77

I, Michael J. Gennaco, hereby certify that I have personally checked the hours, fee amounts, and expenses in every category and it is accurate in every respect.

Dated: March 12, 2010        Signed:
**APPROVED:**                        Michael J. Gennaco

_____  4/21/10
Thelton E. Henderson
United States District Judge

Michael J. Gennaco

March 1, 2010 – March 31, 2010

Social Security No.

MADRID V. TILTON: Court Appointed Expert Fees
No. C90-3094-TEH

| Date | Activity | Units | Amount |
|---|---|---|---|
| 3-1 | Reviewed BIR Recommendations Re: Calipatria Investigation | 1.5 | $ 300.00 |
| 3-10 | Prep/Tel Con with Stakeholders Re: Calipatria Investigation | 3 | $ 600.00 |
| 3-12 | Prep/Tel Con with OIG Re: Calipatria Investigation | 1 | $ 200.00 |
| 3-12 | Fed Ex | | $ 26.66 |
| 3-16 | Prep/Tel Con with OIG Re: Calipatria Investigation | 2 | $ 400.00 |
| | **Total Hourly Fees** | **7.5** | **$ 1500.00** |
| | **Total Expenses** | | **$ 26.66** |

### TOTAL FEES/EXPENSES                                         $ 1526.66

I, Michael J. Gennaco, hereby certify that I have personally checked the hours, fee amounts, and expenses in every category and it is accurate in every respect.

Dated: April 9, 2010    Signed: _____
                                 Michael J. Gennaco

**APPROVED:**

_____  4/21/10
Thelton E. Henderson
United States District Judge