

FILED
JUN 2 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MADRID, et al., Plaintiffs, vs. MATTHEW CATE, et al., Defendants. | No. C 90-3094 TEH<br><br>STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES FOR FIRST QUARTER OF 2010 |

The parties, through their respective counsel, hereby stipulate as follows:

On September 21, 1995, this Court established a procedure by which plaintiffs are to collect attorneys' fees for work performed in connection with monitoring and enforcing compliance with the Court's orders. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants 30 days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to

defendant's objections. The Order also states that defendants shall have forty-five days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-first day following defendants' receipt of plaintiffs' statement, accruing at the rate provided by 28 U.S.C. § 1961. Pursuant to this procedure, plaintiffs' counsel sent their first quarter 2010 billing statement demanding **$633.70** on defendants on April 19, 2010. After a meet and confer, defendants do not object to payment of **$633.70** in fees and costs for the period from January 1, 2010 through March 31, 2010. This agreement is in accord with the Joint Stipulation Regarding Payment of Fees dated October 2, 2000.

WHEREFORE, the following sums are due and collectable within 45 days of the signing of this Order:

| Accruing | Amount | Rate | Interest Daily Interest | Date Interest Begins |
|---|---|---|---|---|
| 1st Qtr. 2010 | **$633.70** | .47% | $0.008 | May 21, 2010 |

(Interest rate equals the weekly average 1 year constant maturity treasury yield ending April 9, 2001

IT IS SO ORDERED.

Dated: 6/2/10

_____
THELTON E. HENDERSON
Judge
U.S. District Court

APPROVED AS TO FORM.

Dated: 5/24/10

_____
MICHAEL JORGENSON
ATTORNEY FOR DEFENDANTS

Dated: 4/19/10

_____
DONALD SPECTER
ATTORNEY FOR PLAINTIFFS

Madrid v. Cate, C 90-3094 TEH
1Q 2010 Fees

2

MADRID
TIME AND EXPENSES
01-01-10 thru 03-31-10

| MONITORING | HOURS | RATE | AMOUNT |
|---|---|---|---|
| ATTORNEYS | | | |
| Steven Fama | 2.20 | 208.50 | 458.70 |
| **TOTAL MONITORING** | | | **$458.70** |
| FEES ON FEES | | | |
| Edie DeGraff | 1.00 | 170.00 | 170.00 |
| **TOTAL FEES ON FEES** | | | **$170.00** |
| EXPENSES | | | $5.00 |
| **TOTAL TIME AND EXPENSES** | | | **$633.70** |

Prison Law Office
General Delivery
San Quentin, CA 94964


Madrid v. Davis
US District Court
Northern District


In Reference To:  No. C 90-3094 TEH


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| **Other** | | | | |
| 2/8/2010 | SF | review use of force production of documents received in January 2010 | 0.40 | |
| 2/26/2010 | SF | Review use of force production of documents received 2/16/10 (large amount) | 1.40 | |
| 3/12/2010 | SF | review use of force production of documents, received 3/10/10 | 0.40 | |
| | | For professional services rendered | 2.20 | $458.70 |

User Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Steve Fama | 2.20 | 208.50 | $458.70 |

Prison Law Office
General Delivery
San Quentin, CA 94964


Madrid et al.,
US District Court
Northern District
Fees on Fees


In Reference To: C 90-3094 TEH


Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **Other** |  |  |  |
| 2/1/2010 ED | Review and finalize time and costs for Q4 billing | 1.00 |  |
|  | For professional services rendered | 1.00 | $170.00 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edie DeGraff | 1.00 | 170.00 | $170.00 |

Prison Law Office
General Delivery
San Quentin, CA 94964

Madrid v. Davis
US District Court
Northern District

In Reference To:   No. C 90-3094 TEH

Additional Charges :

|  | Amount |
|---|---|
| **$general** | |
| 3/31/2010  PLO   In-house copying from 1/1/10 thru 3/31/10 | 5.00 |
| Total costs | $5.00 |

# DECLARATION OF SERVICE BY MAIL

Case Name: Alejandro Madrid, et al.  
v.  
Matthew Cate, et al

No. C-90-3094 TEH

I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within entitled cause: my business address is Prison Law Office, 1917 Fifth Street, Berkeley, California 94710.

On May 26, 2010, I served the attached

***STIPULATION AND ORDER CONFIRMING ATTORNEYS'***
***FEES AND COSTS FOR FIRST QUARTER OF 2010***

in said cause, placing, or causing to be placed, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Berkeley, California, addressed as follows:

Emily Brinkman, DAG  
Deputy Attorney General  
Office of the Attorney General  
455 Golden Gate, Suite 11000  
San Francisco, CA 94102-3664

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at Berkeley, California on May 26, 2010.

*Edie DeGraff*