# JOHN HAGAR - SPECIAL MASTER
## Madrid v. Cate, C-90-3094 TEH

October 4, 2010

SARAH RUBY
JUDGE THELTON HENDERSON
U.S. District Court
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Dear Sarah:

Enclosed are the Madrid billings for the Special Master and the Court's experts for July 2010. In order to maintain a control on these expenses, I have summarized them below:

John Hagar – None

Jeffrey Metzner – None

Joe Goldenson – None

Barbara Cotton – None

Michael H. Gendel- None

Patrick T. Maher – None

Jan Wyatt – None

Dr. Jackie Maher – None

Michael Gennaco and OIR Staff Attorneys

    Michael Gennaco - $3655.77 (April 2010 – July 2010)

    Julie Ruhlin – None

    Benjamin Jones, Jr. – None

    Stephen J. Connolly – None

    Robert Miller – None

    Illana B. R. Rosenqweig – None

JOHN HAGAR - SPECIAL MASTER
Madrid v. Gale, C-90-3094 TEH

October 4, 2010

SARAH RUBY
JUDGE THELTON HENDERSON
U.S. District Court
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Dear Sarah:

Enclosed are the Madrid billings for the Special Master and the Court's experts for July 2010. In order to maintain a control on those expenses, I have summarized them below:

John Hagar – None

Jeffrey Metzner – None

Joe Goldenson – None

Barbara Cotton – None

Michael H. Gendel- None

Patrick T. Maher – None

Jan Wyatt – None

Dr. Jackie Maier – None

Michael Gennaco and OIR Staff Attorneys

Michael Gennaco - $3655.77 (April 2010 – July 2010)

Julie Ruhlin – None

Benjamin Jones, Jr. – None

Stephen J. Connolly – None

Robert Miller – None

Ilana B. R. Rosenzweig – None

Dr. Justin Graham – None

Dr. J. David Woods – None

Sincerely,

John Hagar by KMM
John Hagar

cc: Michael Jorgenson

Michael J. Gennaco

April 1, 2010 – July 31, 2010

MADRID V. TILTON: Court Appointed Expert Fees
No. C90-3094-TEH

| Date | Activity | Units | Amount |
|---|---|---|---|
| 7-13 | Reviewed Almager's Letter/Reviewed OIG Draft Report | 1.5 | $ 300.00 |
| 7-22 | Reviewed OIG Draft Letter | 3.0 | $ 600.00 |
| 7-27 | Reviewed OIG Draft Letter/Tel Con w/ OIG | 2.0 | $ 400.00 |
| 7-30 | Code of Silence Presentation to Acad. | 9.5 | $1900.00 |
|  | Round Trip Air Fare |  | $ 323.40 |
|  | Hotel |  | $ 101.37 |
|  | Taxi from Airport |  | $ 31.00 |
|  | **Total Hourly Fees** | 16 | $ 3200.00 |
|  | **Total Expenses** |  | $ 455.77 |
|  | **TOTAL FEES/EXPENSES** |  | $ 3655.77 |

I, Michael J. Gennaco, hereby certify that I have personally checked the hours, fee amounts, and expenses in every category and it is accurate in every respect.

Dated: August 5, 2010    Signed: _____
Michael J. Gennaco

APPROVED:

10/19/10    _____
Thelton E. Henderson
United States District Judge