# JOHN HAGAR - SPECIAL MASTER
## Madrid v. Cate, C-90-3094 TEH

October 6, 2010

SARAH RUBY
JUDGE THELTON HENDERSON
U.S. District Court
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Dear Sarah:

Enclosed are the Madrid billings for the Special Master and the Court's experts for August 2010. In order to maintain a control on these expenses, I have summarized them below:

John Hagar – None

Jeffrey Metzner – None

Joe Goldenson – None

Barbara Cotton – None

Michael H. Gendel- None

Patrick T. Maher – None

Jan Wyatt – None

Dr. Jackie Maher – None

Michael Gennaco and OIR Staff Attorneys

    Michael Gennaco - $1026.66

    Julie Ruhlin – None

    Benjamin Jones, Jr. – None

    Stephen J. Connolly – None

    Robert Miller – None

    Illana B. R. Rosenqweig – None

JOHN HAGAR - SPECIAL MASTER
**Madrid v. Cate, C-90-3094 TEH**

October 6, 2010

SARAH RUBY
JUDGE THELTON HENDERSON
U.S. District Court
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Dear Sarah:

Enclosed are the Madrid billings for the Special Master and the Court's experts for August 2010. In order to maintain a control on these expenses, I have summarized them below:

John Hagar - None

Jeffrey Metzner – None

Joe Goldenson - None

Barbara Cotton – None

Michael H. Gendel- None

Patrick T. Maher - None

Jan Wyatt - None

Dr. Jackie Maher – None

Michael Gennaco and OIR Staff Attorneys

Michael Gennaco - $1026.06

Julie Ruhlin – None

Benjamin Jones, Jr. - None

Stephen J. Connolly – None

Robert Miller - None

Illana B. R. Rosenzweig - None

Dr. Terry Hill- None

Dr. Justin Graham – None

Dr. J. David Woods – None

Sincerely,

*John Hagar by KWA*
John Hagar

cc: Michael Jorgenson

Dr. Tony Hill - None

Dr. Justin Graham - None

Dr. J. David Woods - None


Sincerely,

John Hager


cc: Michael Jorgenson

Michael J. Gennaco

August 1, 2010 – August 31, 2010

MADRID V. TILTON: Court Appointed Expert Fees
No. C90-3094-TEH

| Date | Activity | Units | Amount |
|---|---|---|---|
| 8-3 | Tel Con w. OIG/Review | 1.0 | $ 200.00 |
| 8-5 | Tel Con w. OIG/Review | 1.0 | $ 200.00 |
| 8-5 | FED EX | | $ 26.66 |
| 8-15 | Reviewed Almager material/letter | 2.5 | $ 500.00 |
| 8-26 | Tel Con w. OIG/Review | 0.5 | $ 100.00 |
| | **Total Hourly Fees** | 5.0 | $ 1026.66 |
| | **TOTAL FEES/EXPENSES** | | $ 1026.66 |

I, Michael J. Gennaco, hereby certify that I have personally checked the hours, fee amounts, and expenses in every category and it is accurate in every respect.

Dated: September 10, 2010   Signed: *[signature]*
Michael J. Gennaco

APPROVED:

10/19/10   *[signature]*
Thelton E. Henderson
United States District Judge