**Madrid v. Cate, C-90-3094 TEH**

November 12, 2010

SARAH RUBY
JUDGE THELTON HENDERSON
United States District Court
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Henderson:

Enclosed is the bill for services rendered for Court-appointed expert Michael Gennaco, for the time period of September 1, 2010 to October 31, 2010 in the amount of $5,707.77. Please issue a check in the amount of **$5,707.77** to:

Michael Gennaco
OIR Group
1443 East Washington Blvd., #234
Pasadena, CA 91104

I, Michael Gennaco hereby certify that I have personally checked the hours, fee amounts, and expenses in every category and it is accurate in every respect.

Date: November 12, 2008                    Signed: [signature]

cc: Michael Jorgenson

Michael J. Gennaco

September 1, 2010 – October 31, 2010

MADRID V. CATE: Court Appointed Expert Fees
No. C90-3094-TEH

| Date | Activity | Units | Amount |
|---|---|---|---|
| 9-4 | Reviewed OIG Letter re Calipatria | 1.0 | $ 200.00 |
| 9-10 | FED EX | | $ 26.54 |
| 9-25 | Reviewed OIG Letter re Calipatria | 1.5 | $ 300.00 |
| 9-29/30 | Meeting with stakeholders re Calipatria | 8.0 | $1600.00 |
| | Round trip airfare | | $ 323.40 |
| | Lodging | | $ 150.00 |
| | Rental Car | | $ 64.09 |
| | Gasoline | | $ 10.60 |
| | Airport Parking | | $ 43.00 |
| 10-21/22 | Code of Silence Training | 12.0 | $2400.00 |
| | Round trip airfare | | $ 327.40 |
| | Lodging | | $ 101.26 |
| | Rental Car | | $ 118.22 |
| | Gasoline | | $ 6.26 |
| | Airport Parking | | $ 37.00 |
| | **Total Hourly Fees** | 22.5 | $ 4500.00 |
| | Expenses | | $ 1207.77 |
| | **TOTAL FEES/EXPENSES** | | $ 5707.77 |

APPROVED:

11/15/10

Thelton E. Henderson
United States District Judge

I, Michael J. Gennaco, hereby certify that I have personally checked the hours, fee amounts, and expenses in every category and it is accurate in every respect.

Dated: November 10, 2010     Signed: _____
                                     Michael J. Gennaco