IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO MADRID, et al.,

    Plaintiffs,

v.

MATTHEW CATE, et al.,

    Defendants.

NO. C90-3094 TEH

ORDER TO SHOW CAUSE

On October 16, 2008, Special Master John Hagar filed a report recommending that the Court (1) end force-related remedial plan monitoring and (2) terminate force-related orders. Plaintiffs did not oppose the cessation of monitoring. but did object to terminating force-related orders because Defendants had yet to implement a statewide use-of-force policy as mandated by a May 14, 2008 order of this Court. The statewide use-of-force policy has now been adopted and implemented, according to notice filed by Defendants on August 30, 2010.

Accordingly, with good cause appearing, IT IS HEREBY ORDERED that on or before January 24, 2011, Plaintiffs must show cause in writing as to why the Court should not terminate force-related orders and dismiss this case.

**IT IS SO ORDERED.**

Dated: 12/20/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT