IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO MADRID, et al.,

    Plaintiffs,

v.

MATTHEW CATE, et al.,

    Defendants.

NO. C90-3094 TEH

<u>ORDER RE: TERMINATION AND DISMISSAL</u>

On January 21, 2011, in response to an order to show cause as to why the Court should not terminate force-related orders and dismiss this case, Plaintiffs notified the Court that they do not oppose these actions. Accordingly, the parties shall meet and confer regarding a proposed order terminating force-related orders and dismissing this case. They shall also meet and confer regarding the disposition of $119,178.18[1] being held for this case in the Court Registry Investment System. The parties shall consider whether any part of these funds is intended to compensate Michael Gennaco for continuing to provide "code of silence" training for correctional officer cadets. The proposed order shall resolve each of the aforementioned issues, and shall be filed no later than February 1, 2011.

**IT IS SO ORDERED.**

Dated: 1/25/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] This balance is current through January 26, 2011.