**United States District Court**
For the Northern District of California

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5   ALEJANDRO MADRID, et al.,

6                          Plaintiffs,                NO. C90-3094 TEH

7                 v.                                  ORDER RE: TERMINATION
                                                      AND DISMISSAL
8   MATTHEW CATE, et al.,

9                          Defendants.

10

11          On January 21, 2011, in response to an order to show cause as to why the Court

12   should not terminate force-related orders and dismiss this case, Plaintiffs notified the Court

13   that they do not oppose these actions. Accordingly, the parties shall meet and confer

14   regarding a proposed order terminating force-related orders and dismissing this case. They

15   shall also meet and confer regarding the disposition of $119,178.18[1] being held for this case

16   in the Court Registry Investment System. The parties shall consider whether any part of these

17   funds is intended to compensate Michael Gennaco for continuing to provide "code of

18   silence" training for correctional officer cadets. The proposed order shall resolve each of the

19   aforementioned issues, and shall be filed no later than February 1, 2011.

20

21   **IT IS SO ORDERED.**

22

23   Dated: 1/25/11

                                       THELTON E. HENDERSON, JUDGE
24                                     UNITED STATES DISTRICT COURT

25

26

27   _____

28          [1] This balance is current through January 26, 2011.