**Madrid v. Cate, C-90-3094 TEH**

January 28, 2011

SARAH RUBY
JUDGE THELTON HENDERSON
United States District Court
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Henderson:

Enclosed is the bill for services rendered for Court-appointed expert Michael Gennaco, for the time period of November 1, 2010 to January 28, 2011 in the amount of $2,994.39. Please issue a check in the amount of **$2,994.39** to:

Michael Gennaco
OIR Group
1443 E. Washington Blvd., #234
Pasadena, California 91104

I, Michael Gennaco hereby certify that I have personally checked the hours, fee amounts, and expenses in every category and it is accurate in every respect.

Date: January 28, 2011     Signed: *[signature]*

cc: File\ Michael Jorgenson

Michael J. Gennaco

November 1- January 28, 2011

MADRID V. CATE: Court Appointed Expert Fees
No. C90-3094-TEH

| Date | Activity | Units | Amount |
|---|---|---|---|
| 11-11 | FED EX | | $ 25.23 |
| 12-13/14 | Code of Silence Training: Galt | 12.5 | $2500.00 |
| | Lodging | | $ 60.30 |
| | Rental Car | | $ 50.46 |
| | Round Trip Airfare | | $ 333.40 |
| | Airport Parking | | $ 25.00 |

**Total Hourly Fees:**  12.5 hours at $200/hr.  $2500.00

**Travel/FED EX Expenses**  $ 494.39

**TOTAL FEES/EXPENSES**  $2994.39

I, Michael J. Gennaco, hereby certify that I have personally checked the hours, fee amounts, and expenses in every category and it is accurate in every respect.

Dated: January 28, 2011        Signed: _____
                                Michael J. Gennaco

APPROVED:

_____   2/1/11
Thelton E. Henderson
United States District Judge