IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO MADRID, et al.,

    Plaintiffs,

v.

MATTHEW CATE, et al.,

    Defendants.

NO. C90-3094 TEH

ORDER RE: HEARING

The Court is in receipt of the proposed order, filed jointly by the parties on February 1, 2011, which would terminate force-related orders and dismiss this case. In 1995, the Court ordered that "it would retain jurisdiction over this action until such time as the Court is satisfied that all constitutional violations found herein have been fully and effectively remedied." *Madrid v. Gomez*, 889 F. Supp. 1146, 1283 (N.D. Cal. 1995). Use of force is the remaining issue in this case, and the violations that prompted the Court to issue force-related orders appear to have been remedied. The Court seeks assurance that these remedies are full and effective – that they will not give way to constitutional violations once force-related orders are terminated and the case is dismissed. Accordingly, the parties are HEREBY ORDERED to appear at a hearing on Thursday, March 3, 2011, at 10 a.m. in Courtroom 2, prepared to explain how the progress of the past sixteen years will be preserved. The Office of the Inspector General is invited to file a report explaining that agency's views on this issue no later than February 24, 2011.

**IT IS SO ORDERED.**

Dated: 2/14/11

    THELTON E. HENDERSON, JUDGE
    UNITED STATES DISTRICT COURT