**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5    ALEJANDRO MADRID, et al.,

6              Plaintiffs,                    NO. C90-3094 TEH

7         v.                                  ORDER RE: HEARING

8    MATTHEW CATE, et al.,

9              Defendants.

10

11        The Court is in receipt of the proposed order, filed jointly by the parties on February

12   1, 2011, which would terminate force-related orders and dismiss this case. In 1995, the Court

13   ordered that "it would retain jurisdiction over this action until such time as the Court is

14   satisfied that all constitutional violations found herein have been fully and effectively

15   remedied." *Madrid v. Gomez*, 889 F. Supp. 1146, 1283 (N.D. Cal. 1995). Use of force is the

16   remaining issue in this case, and the violations that prompted the Court to issue force-related

17   orders appear to have been remedied. The Court seeks assurance that these remedies are full

18   and effective – that they will not give way to constitutional violations once force-related

19   orders are terminated and the case is dismissed. Accordingly, the parties are HEREBY

20   ORDERED to appear at a hearing on Thursday, March 3, 2011, at 10 a.m. in Courtroom 2,

21   prepared to explain how the progress of the past sixteen years will be preserved. The Office

22   of the Inspector General is invited to file a report explaining that agency's views on this issue

23   no later than February 24, 2011.

24

25   **IT IS SO ORDERED.**

26

27   Dated: 2/14/11

28                              THELTON E. HENDERSON, JUDGE
                               UNITED STATES DISTRICT COURT