**Madrid v. Cate, C-90-3094 TEH**

March 4, 2011

SARAH RUBY
JUDGE THELTON HENDERSON
United States District Court
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Henderson:

Enclosed is the bill for services rendered for Court-appointed expert Michael Gennaco, for the time period of January 28, 2011 to March 3, 2011 in the amount of $2,994.39. Please issue a check in the amount of **$2135.06** to:

Michael Gennaco
OIR Group
1443 E. Washington Blvd., #234
Pasadena, California 91104

I, Michael Gennaco hereby certify that I have personally checked the hours, fee amounts, and expenses in every category and it is accurate in every respect.

Date: March 4, 2011          Signed: [signature]

cc: File\ Michael Jorgenson

Michael J. Gennaco

January 28, 2011 - March 3, 2011

MADRID V. CATE: Court Appointed Expert Fees
No. C90-3094-TEH

| Date | Activity | Units | Amount |
|---|---|---|---|
| 1-28 | FED EX | | $ 28.72 |
| 2-23 | Mail Expense | | $ 10.86 |
| 2-28 | FED EX | | $ 28.99 |
| 3/2-3/3 | Attend Hearing in Madrid | 7.5 | $1500.00 |
| | Round Trip Airfare | | $ 351.40 |
| | Hotel | | $ 140.00 |
| | BART (Round Trip) | | $ 16.10 |
| | Airport Parking | | $ 30.00 |
| | FED EX | | $ 28.99 |

| | | | |
|---|---|---|---|
| **Total Hourly Fees:** | | 7.5 hours at $200/hr. | $1500.00 |
| **Travel/FED EX/Mail Expenses** | | | $ 635.06 |
| **TOTAL FEES/EXPENSES** | | | $2135.06 |

I, Michael J. Gennaco, hereby certify that I have personally checked the hours, fee amounts, and expenses in every category and it is accurate in every respect.

Dated: March 4, 2011    Signed: _____
                                Michael J. Gennaco

APPROVED:

_____  3/8/11
Thelton E. Henderson
United States District Judge