IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO MADRID, et al.,

               Plaintiffs,

      v.

MATTHEW CATE, et al.,

               Defendants.

NO. C90-3094 TEH

ORDER RE: PRO SE INMATE FILINGS

This Court periodically receives attempted filings from pro se inmates in this case. However, the Court ended its jurisdiction over this case on March 21, 2011. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the Clerk shall not file in this action any further documents submitted by pro se inmates. Instead, the Court shall return all such documents to the inmates with a copy of this order. If the inmates wish, they may re-submit their papers as a complaint that will open a new case in their names.

**IT IS SO ORDERED.**

Dated:   08/29/11

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT