UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO MADRID, et al.,

    Plaintiffs,

    v.

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. 90-cv-03094-TEH

**ORDER RE: NOTICE OF RELATED CASE**

The OIG Defendants[1] in *Blue v. California Office of the Inspector General*, Case No. 2:15-cv-02656-KJM-CKD, filed a notice of related case asking this Court to relate *Blue* to this action. Plaintiffs support relation, and the State Defendants[2] oppose it.

The related case rule allows for relation only of cases "filed in or removed to this district." Civ. L.R. 3-12(b). *Blue* is pending in the Eastern District of California and therefore not subject to relation to this Court. Accordingly, the request to relate cases is DENIED.

**IT IS SO ORDERED.**

Dated:  01/27/16

                                        THELTON E. HENDERSON
                                        United States District Judge

---

[1] California Office of the Inspector General, Robert A. Barton, Roy Wesley, and Michael J. Maddox.

[2] California Department of Corrections and Rehabilitation ("CDCR") and former CDCR Secretary Jeffrey Beard.